UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MAXINNE RENNSPIES,**

  *Rennspies*,

v.                                      CASE NO. SA-23-CV-00858-JKP

**FREEDOM MORTGAGE
CORPORATION,**

  *Freedom Mortgage*.

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order granting Defendants' Motion to Dismiss issued this same date, it is hereby ORDERED, ADJUDGED, and DECREED Plaintiff's causes of action that may be asserted based upon the facts supporting this action are DISMISSED WITH PREJUDICE.

The Clerk is directed to CLOSE THE CASE.

SIGNED this 8th day of August, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE